NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LIGIA A. GONZALEZ-DUFOUR,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,
LORETA ROSE BOSELY DUFOUR,**
*Respondents*

---

2026-1208

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-25-1433-I-1.

---

**ON MOTION**

---

Before STOLL, WALLACH, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

### O R D E R

The Office of Personnel Management moves to dismiss this matter as premature.  Ligia A. Gonzalez-Dufour has not filed a response.

Ms. Gonzalez-Dufour has filed petitions for review, from the same initial decision denying her application for survivor benefits, at both the Merit Systems Protection Board and this court. Our jurisdiction is typically limited to "an appeal from a final order or final decision of the [Board]," 28 U.S.C. § 1295(a)(9), and a timely petition for Board review ordinarily renders the administrative judge's initial decision non-final. *See* 5 C.F.R. § 1201.113(a); *Weed v. Soc. Sec. Admin.*, 571 F.3d 1359, 1361–63 (Fed. Cir. 2009); *cf. PGS Geophysical AS v. Iancu*, 891 F.3d 1354, 1361 (Fed. Cir. 2018). Here, Ms. Gonzalez-Dufour's still pending petition with the Board renders this matter premature for our review.

Accordingly,

IT IS ORDERED THAT:

(1)  This matter is dismissed as premature.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 21, 2026
Date